# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 AUG 12 PM 4:52

SOUTHERN DISTRICT
OF INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

(Full name of plaintiff(s))

JAMES TAYLOR.
Plaintiff

vs

(Full name of defendant(s))

MR. WATSON, COMPLEX WARDEN:
MR. UNDERWOOD, ASSOCIATE WARDEN:
MR. TIMOTHY TAYLOR, CAPTAIN:
MR. PARKER, Lt.
MR. D.M. BARNET, Correction officer;
MR. ROBINSON, Correctional Officer
Defendants.

Case Number:

2:19-cv-00378-JPH-MJD

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __INDIANA__, and is located at
    (State)
    U.S. Penitentiary Terre Haute, P.O. Box 33,
    Terre Haute, Indiana. 47808
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant MR. WATSON
    (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___INDIANA___
(State, if known)

and (if a person) resides at ___4700 Bureau Rd. South, Terre Haute, IN. 47802 :___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___BOP/ 4700 Bureau Rd. South, Terre Haute Indiana. 47802 :___
(Employer's name and address, if known)

___* CONTINUED AT PAGE 2A *___
(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1). Plaintiff STATES This is A "verified" Civil Rights Complaint Pursuant to 28 USC 1331 Based upon Plaintiff's Personal Knowledge, And Plaintiff further Declares all Statements and or allegations are True and Correct under Penalty of Perjury Pursuant To 28 USC 1746 by Plaintiff Signature and date Infra at PAGE (S); Having the Same Force as affidavit.

(2). Plaintiff STATES That All Named Defendants Have Intentionally Subjected Him to unsafe incarceration that resulted in Plaintiff being attacked And Injury resulting in violation of The Eighth Amendment—
___* CONTINUED AT PAGE (3) *___

Complaint - 2

A. PARTIES CONTINUED FROM PAGE 2:

(3). DEFENDANT: MR. UNDERWOOD, a citizen of Indiana acting at all times under Federal Law at "USP/Terre Haute a Federal Facility, as Associate Warden", Address 4700 Bureau Road South, Terre Haute Indiana 47802:

(4). DEFENDANT: MR. TIMOTHY TAYLOR, a citizen of Indiana acting at all times Herein under Federal Law at "USP/Terre Haute A Federal Facility as Captain. Address, is 4700 Bureau Road South, Terre Haute Indiana, 47802:

(5) DEFENDANT: MR. PARKER, a citizen of Indiana acting at all times herein under Federal Law at "USP/Terre Haute A Federal Facility as Lieutenant," address: 4700 Bureau Road South, Terre Haute Indiana, 47802;

(6). DEFENDANT: MR. D.M. BARNET, a citizen of Indiana, acting at all Times herein as Correctional officer under Federal Law at "USP/Terre Haute a Federal Facility, address: 4700 Bureau Road South, Terre Haute Indiana 47802;

(7). DEFENDANT: MR. Robinson, a citizen of Indiana acting at all times herein under Federal Law as Correctional officer at "USP/Terre Haute a Federal Facility, address: 4700 Bureau Road South, Terre Haute Indiana 47802;

　　* NOTE: This Action is brought Against all named Defendants IN THEIR OFFICIAL AND INDIVIDUAL CAPICITY.

B. STATEMENT OF Claim Continued From PAGE 2:

and failed To Provide Adequate Medical Treatment / Denial of Medical Treatment And interference With Proscribed Medical Treatment That's inflicted Unnecessary Pain and Suffering on Plaintiff Violating the evolving Standards of decency that mark the Progress of a Maturing Society SEE; Rhodes V. CHAPMAN 452 U.S. 337, 346, 101 S.Ct. 2392 (1981) (Quoting Trop V. Dulles, 356 U.S. 86, 101, 78 S.Ct. 590 (1958); and Helling V. McKinney, 509 U.S. 25, 36, 113, S.Ct. 2475 (1993)... And Plaintiff is entitled to relief requested in This "Non Frivolous Civil Rights Complaint That Verified under Penalty of Perjury as True and Correct".

## "POINT A" / FAILURE TO PROTECT:

(3)   Plaintiff STATES That For Approximately 10-days Prior To Monday July 8th 2019 That INMATE GARZA #53254-177 had leved Physical Threats towards his Person While All named defendants Were Present at Various Times Prior to Monday July 8th 2019 And Therefore Its Unrefuted that the named defendants HAD Knowledge that There WAS A Serious Threat Towards MY Person from inmate GARZA -

* CONTINUED AT PAGE 3A *

B. STATEMENT OF CLAIM CONTINUED FROM PAGE 3:

SEE: Goka V. Bobbit, 862 F.2d. 646, 651, (7th Cir. 1988)( The Eighth Amendment is violated in Assault cases where the defendants know of a danger and threat of violence and take no action to abate the danger or threat); Herein as stated supra the defendants know of the threat for days However on Monday July 8th 2019 at approximately 9:25 AM Staff took Plaintiff to Exercise Pen #(5) at USP/Terre Haute which plaintiff had no choice but to go as staff took all B/Lower inmates and Placed in stated Exercise Pens so they could Search the complete B/Lower Range of the Special Housing Unit... Staff Place Myself and enemy inmate Garza in the same exercise Pen and Inmate Garza Attacked me SEE: Exhibit (1).. Because Staff Knew of the threat And Made Possible the Acts constituted Failure to Protect/Deliberate indifference SEE: FISCHL V. ARMITAGE, 128 F.3d. 50, 56-59 (2nd Cir.)( Assault Made Possible by Staff Constitutes Deliberate indifference To Safety and Violates the Eighth Amendment); e.g. Haley V. Gross 86 F.3d. 630, 642, (7th Cir. 1996)( Deliberate indifference Showed by Staffs bad acts); Lewis V. Richards, 107 F.3d. 549, 553-54 (7th Cir. 1997)( Defendants Took Action or Precautions to avoid Hazzard/Threat/Risk/ and Ignored stated Constitutes Deliberate indifference)... Herein Plaintiff States That the Attack Could have being easily avoided.. "Simply Put us in seperate recreation Pens because Staff Knew I had been threatened." SEE: CASE V. AHITOW, 301 F.3d. 605, 607, (7th Cir. 2002).. Herein the defendants Knowledge must be seen as Essentially orchestrated by the Staff (SEE): Cantu V. Jones, 293 F.3d. 839, 844-45 (5th Cir. 2002)     Plaintiff Directs the Courts Attention to 18 USC 4042 Which Provides that the Bureau of Prisons Must Provide for Protection and Safe Keeping of Federal Prisoners.

"Continued at Page 3B"

PAGE (3A)

## B. STATEMENT OF CLAIM CONTINUED FROM PAGE 3A:

Further Plaintiff STATES That The United States Constitution imposes on Defendants (Watson); (Underwood); (Taylor); (Parker); (Barnet); And (Robinson); a duty To Provide reasonable safety and To Protect from assaults by other Prisoners. SEE: Farmer V. Brennan, 511 U.S. 825, 844, 114. S.Ct. 1970 (1994); Helling V. McKinney, 509 U.S. 25, 33, 113 S.Ct. 2475 (1993) (Quoting, Deshaney, V. Winnebago County Dept. Of Social Services, 489 U.S. 189, 200, 109 S.Ct. 998 (1989)... And as the Proceeding Clearly Shows this was Grossly Violated by All named Defendants.. During the Assault Plaintiff received a Broken Hand.... A very serious injury.

(4).   The Defendants were immediately told that my hand was very Painful and Swelled.. They X-Rayed My Hand (A Nurse not Qualified to take and read X-Rays and stated I was fine. And threw me back in a cell until the following day at around lunch time seeing my Hand Swelled and different Colors Sent me out to Union Hospital Where a real X-Ray Tech took X-Rays And Stated Why did you not Come Sooner your hands broken in Two Places Casting My Hand and specialist sent instructions back to the Prison to be followed and to date These instructions And or treatment are not being Provided (Such as Pain Medication Stating We're not going to Give you that.. Prisoners Just Want To Get High). I further told Staff and Captain Taylor That I was Suicidal and Wanted To Kill Myself As They were Telling me I defended Myself and The other inmate died. I Swallowed Batteries et. cetera in Front of Staff and Nothing was done.. Telling Me You Can die We don't Care..

Here The Defendants Actions Demonstrates Deliberate indifference to MY serious injury/Medical need And Constitutes the Unnecessary Wanton infliction of Pain Prescribed by the Eighth Amendment SEE: Estelle V.

* CONTINUED AT PAGE 3C *

PAGE (3B)

B. STATEMENT OF CLAIM CONTINUE FROM PAGE 3B:

Gamble, 429 U.S. 97, 104, 97 S.Ct. 285 (1976)... Here the named Defendants (Watson); (Underwood); (Taylor); (Parker); (Barnet); and (Robinson); Have intentionally Denied and Delayed my Treatment for Broken Hand Id. Estelle 429 U.S. 97, 104, 97 S.Ct. 285 (1976)... Causing me unnecessary Pain... And once I was taken the next day for treatment Broken in two Places And Specialist Prescribed Treatment for me to recieve to include Strong Pain medications that All is being Denied... Amounting to failure to Carry out Medical orders. Estelle at 105. ALSO SEE: Goodman V. Wagner, 553 F.Supp. 255, 257, (E.D. Pa. 1982) (Failure to follow doctors Prescribed Treatment Violates The Eighth Amendment).

Plaintiff STATES The Defendants Acts herein are unrefutable acts That Clearly Violate The Eighth Amendment against Cruel and unusual Punishment.

"End of Claim"

PAGE (3C)

C.  JURISDICTION

[X]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

(1) Jury Trial On All Issues Raised By This Verified Complaint.

(2). Find Defendants (Watson); (Underwood); (Taylor); (Parker); (Barnet); And (Robinson); Willfully Violated The Eighth Amendment by failing To Provide a reseasonable Safe incarceration With Deliberate Indifference Awarding Plaintiff from each named defendant separately $1,000,000.00 Compensatory Damages And further Award Plaintiff Punitive Damages of $2,000,000.00 from each Defendant To Demonstrate This Type of Conduct Will Not be Tolerated.

(3) Award Plaintiff $2,000,000.00 For Denial/Delayed Medical Treatment From Each Defendant.

(4). Award Plaintiff all Costs to include reasonable Attorney Fees.

E.   **JURY DEMAND**

    ☒   Jury Demand – I want a jury to hear my case
                  OR

    ☐   Court Trial – I want a judge to hear my case

Dated this _5th_ day of _Aug_ 20_19_.

Respectfully Submitted,

x _JamesTaylor_
Signature of Plaintiff

_15380-028_
Plaintiff's Prisoner ID Number

_USP/Terre Haute_
_P.O. Box 33_
_Terre Haute, Indiana. 47808._
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.