UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00378-JPH-MJD |
| | ) |
| WATSON Mr., Complex Warden, | ) |
| UNDERWOOD Mr., Associate Warden, | ) |
| TIMOTHY TAYLOR Mr., Captain, | ) |
| PARKER Mr., Lt., | ) |
| D. M. BARNET Mr., Correction Officer, | ) |
| ROBINSON Mr., Correctional Officer, | ) |
| | ) |
| Defendants. | ) |

**ENTRY DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

In the Notice of August 21, 2019, the plaintiff was directed to supplement his motion to proceed *in forma pauperis* by submitting a copy of his trust fund account statement for the 6-month period preceding the filing of this action. Dkt. 5. The deadline for doing so, September 18, 2019, passed with no response.

The Court then issued an Entry on October 8, 2019, ordering the plaintiff to either comply with the directions issued on August 21, 2019, or show cause why the action should not be dismissed for failing to provide the required information. Dkt. 7. The plaintiff was warned that failure to respond to the Entry would result in the dismissal of the action without further notice. *Id.* The deadline to respond to that Entry was October 25, 2019. The Entry returned to the Court as undeliverable because the plaintiff had been released from custody. Dkt. 8.

The plaintiff has not reported a current address, has not provided the required information, and he has not shown that the action should not be dismissed for failure to comply with Court

1

orders. Accordingly, the action is **dismissed without prejudice** for failure to comply with Court orders.

Judgment consistent with this Entry shall now issue.

**SO ORDERED.**

Date: 11/4/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES TAYLOR
15380-028
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808